UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 09-501(SRC) |
| PETER VENTRICELLI | : | ORDER |

This matter having come before the Court for an initial appearance on November 19, 2009 in connection with the Indictment, Crim. No. 09-863-02, filed against the defendant;

and the Court finding that these new charges warrant vacating the order entered in this case that permitted the defendant to seek and secure employment while on electronic monitoring;

and for the reasons set forth on the record on November 19, 2009;

IT IS ON THIS 19th day of November, 2009

ORDERED that the Order that permitted the defendant to seek and secure employment is vacated; and

IT IS FURTHER ORDERED that all other terms of release imposed in this case and in connection with Crim. No. 09-863 shall remain in full force and effect.

    s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**