UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Hon. Stanley R. Chesler
                                                          Crim. No. 09-501
          v.                                  :
                                                          CONTINUANCE ORDER
PETER VENTRICELLI                    :

     This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Leslie Faye Schwartz, Assistant U.S. Attorney), and Peter Ventricelli (by Arthur J.Abrams, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

     IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

     1.   Defendant Peter Ventricelli has recently changed counsel and new counsel requires sufficient time to review the discovery and investigate the charges in this matter, file motions, and prepare for trial;

     2.   The defendant has consented to the aforementioned continuance; and

3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___15___ day of March 2010,

IT IS ORDERED that defendant's additional motions, if any, are due to be filed on or before March 15, 2010;

IT IS FURTHER ORDERED that the government's response to defendant's additional motions, if any, is due to be filed on or before March 26, 2010;

IT IS FURTHER ORDERED that the motions will be set down for consideration on April 5, 2010, without oral argument unless ordered by the Court;

IT IS FURTHER ORDERED that the trial in this matter is set for April 13, 2010 at 10:00 a.m.; and

IT IS FURTHER ORDERED that the period from March 15, 2010 through April 13, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).


_____
HON. STANLEY R. CHESLER
United States District Judge

Consented to and Agreed to By:

Leslie F. Schwartz,
Assistant U.S. Attorney

Arthur J. Abrams, Esq.
Counsel for Peter Ventricelli