Fax sent by

Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CRIMINAL NO. 09-501(SRC)
CRIMINAL NO. 09-863 (SRC)

UNITED STATES OF AMERICA :

vs. :

PETER VENTRICELLI, : ORDER

Defendant. :

.................................

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for defendant, Peter Ventricelli, for an Order allowing the defendant to attend the Holy Communion and celebration for his twin children, Luca Ventricelli and Jacqueline Ventricelli, Saturday May 8, 2010 at the Our Lady of Victory Church in Sayreville, New Jersey from 9:00 a.m. to 10:00 a.m. and then from 3:00 p.m. to 7:00 p.m. at Assaggini Restaurant, Clifford Street, Newark, New Jersey and the United States Attorney, by Leslie Faye Schwartz, Assistant United States Attorney, having no objection thereto and good cause being shown;

IT IS on this ___ day of _____, 2010

ORDERED that defendant Peter Ventricelli be and is hereby permitted to attend The Holy Communions of his twin children at Our Lady of Victory Church, Sayreville, New Jersey from 9:00 a.m. to 10:00 a.m. and the celebration of the communions at Assaggini Restaurant, Clifford Street, Newark, New Jersey from 3:00 p.m. to 7:00 p.m. this Saturday, May 8, 2010.

IT IS FURTHER ORDERED that Peter Ventricelli return to his home after the church service and remain there until he leaves for Assaggini Restaurant no earlier than 2:00 p.m. and return home immediately after the celebration is completed at 7:00 p.m.

Hon. Stanley R. Chesler
United States District Court Judge

I have no objection to the
form and entry of the within Order

Leslie Faye Schwartz
Assistant United States Attorney