Fax sent by

Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CRIMINAL NO. 09-501 (SRC)
CRIMINAL NO. 09-863 (SRC)

UNITED STATES OF AMERICA     :

vs.                          :     ORDER

PETER VENTRICELLI,           :

        Defendant.           :

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for defendant, Peter Ventricelli, Andrew C. Abrams, Esq. appearing in the presence of the United Stated attorney for the District of New Jersey, Assistant United States Attorney Leslie Faye Schwartz appearing, for an Order modifying the terms of the previous "Order Setting Conditions of Release" dated November 19, 2009, specifically by changing the defendant's classification of "Home Confinement" and amending it to one of "Home Detention" so as to allow for this defendant to be employed in a manner approved by the pretrial service office or supervising officer, and the United States Attorney having no objections and good cause being shown;

IT IS on this 6 day of August, 2010,

ORDERED that the November 19, 2009 "Order Setting Conditions of Release" be modified to reflect a change in defendant Peter Ventricelli's requirement of "Home Incarceration" and amending it to a designation of "Home Detention" for said defendant; and

IT IS FURTHER ORDERED that the newly imposed "Home Detention" designation shall require defendant, Peter Ventricelli to be restricted to his residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; and

IT IS FURTHER ORDERED that all other terms of release imposed in connection with Crim. Nos. 09-501 and 09-863 shall remain in full force and effect.

_____
Hon. Stanley R. Chesler
United States District Court Judge

I consent to the form and entry
of the within Order

_____
Leslie Faye Schwartz
Assistant U.S. Attorney